Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17–24628–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joshua I. Comer
aka Josh I. Comer
100 Park Boulevard
Apt. 1A
Cherry Hill, NJ 08034

Social Security No.:
xxx–xx–8454

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/9/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 13, 2017
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-24628-ABA
Joshua I. Comer                                                       Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Nov 13, 2017
                             Form ID: 148              Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2017.
db             #+Joshua I. Comer,    100 Park Boulevard,    Apt. 1A,    Cherry Hill, NJ 08034-3401
516951482       +Apex Asset Management,    2501 Oregon Pike  Ste 102,    Lancaster, PA 17601-4890
517148578       +Apex Asset Management, LLC,    Lourdes Urgent Care,    PO Box 5407,    Lancaster, PA 17606-5407
517017774       +Global Lending Services LLC,    1200 Brookfield Blvd Ste 300,
                  Greenville, South Carolina 29607-6583
516951486       +Golden Valley Lending,    635 Hwy 20, E,    Upper Lake, CA 95485-8793
516951487       +Lourdes Urgen Care Services,    PO BOX 826479,    Philadelphia, PA 19182-6479
516951488       +NCB Management Services INC,    PO Box 1099,    Langhorne, PA 19047-6099
517077573       +NCB Management Services Inc,    One Allied Drive,    Trevose, PA 19053-6945
516951490       +PSE&G Co.,    PO BOX 14444,    New Brunswick, NJ 08906-4444
516951493       +Virtua Medical Group,    PO BOX 6028,    Bellmawr, NJ 08099-6028
516951494       +Waterford Apartments,    c/o Greenblatt and Lieberman,    102 Browning Lane, Bldg B,
                  Cherry Hill, NJ 08003-3195
516951495       +Waterford Apartments,    c/o Kenilworth Equities, Ltd.,    PO BOX 12532,    Newark, NJ 07101-3552

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 13 2017 23:36:38      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 13 2017 23:36:35      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516951480      +EDI: GMACFS.COM Nov 13 2017 23:18:00      Ally Bank,    PO BOX 9001951,
                  Louisville, KY 40290-1951
516951483      +EDI: CAPITALONE.COM Nov 13 2017 23:18:00      Capital One Bank USA NA,    PO BOX 71083,
                  Charlotte, NC 28272-1083
516951484      +E-mail/Text: bankruptcy@cavps.com Nov 13 2017 23:36:49      Cavalry Portfolio Service,
                  500 Summit Lake Drive,    Valhalla, NY 10595-2322
517126887      +E-mail/Text: bankruptcy@cavps.com Nov 13 2017 23:36:49      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516951485       EDI: GLS.COM Nov 13 2017 23:23:00      Global  Lending Services,    PO BOX 10437,
                  Greenville, SC 29603
516951489       E-mail/Text: electronicbkydocs@nelnet.net Nov 13 2017 23:36:40      Nelnet,    PO Box 82561,
                  Lincoln, NE 68501-2561
517100190       EDI: PRA.COM Nov 13 2017 23:18:00      Portfolio Recovery Associates, LLC,
                  c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
516951491      +EDI: BLUECHIP.COM Nov 13 2017 23:23:00      Spot Loan,    PO Box 927,    Palatine, IL 60078-0927
516951492       EDI: TDBANKNORTH.COM Nov 13 2017 23:18:00      TD Bank,    6000 Atrium Way,
                  Mount Laurel, NJ 08054
516977506      +E-mail/Text: electronicbkydocs@nelnet.net Nov 13 2017 23:36:40
                  U.S. Department of Education C/O Nelnet,    121 South 13th Street, Suite 201,
                  Lincoln, NE 68508-1911
                                                                                       TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516951481   ##+Amara Dental of Cherry Hill, P.A.,    1642 Kings Highway,    Cherry Hill, NJ 08034-2302
                                                                         TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2017                                    Signature:  /s/Joseph Speetjens

District/off: 0312-1          User: admin             Page 2 of 2            Date Rcvd: Nov 13, 2017
                             Form ID: 148              Total Noticed: 24

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2017 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    Global Lending Services LLC dcarlon@kmllawgroup.com,
     bkgroup@kmllawgroup.com
        Eric  Clayman    on behalf of Debtor Joshua I. Comer jenkins.clayman@verizon.net
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
     summarymail@standingtrustee.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                   TOTAL: 5